DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KATILIA BIANKEASA SEYMOUR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-630
_____

February 2, 2024

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Deana K. Marshall of Law Office of Deana K. Marshall, P.A, Riverview, for Appellant.

Ashley Moody, Attorney General, Tallahassee and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.